## SAYBROOK POINT MARINA PARTNERSHIP *v.* MARK A. COYNE
### (10225)

NORCOTT, LAVERY and FREEDMAN, Js.

Argued February 20—decision released March 10, 1992

*James M. S. Ullman,* for the appellant-appellee (defendant).

*Joseph F. McVerry,* for the appellee-appellant (plaintiff).

PER CURIAM. The judgment is affirmed.